AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

SEE ATTACHMENT A

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
PENALTIES: For each count, 20 yrs. imprisonment; 3 yrs. supervised release, $250,000 fine and $100 special assessment

---- DEFENDANT - U.S. ----

▶ SHERRIE DENISE SAMPSON,

DISTRICT COURT NUMBER

**CR07-00365**

FILED
JUN -7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DLJ

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
UNITED STATES SECRET SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) DEBORAH R. DOUGLAS, AUSA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

## *ATTACHMENT "A"*
## *TO PENALTY SHEET FOR SHEREE DENISE SAMPSON*

### *VIOLATIONS:*

Count 1:  18 U.S.C. § 371 [Conspiracy to Deal in Counterfeit/Altered Currency];
Count 2:  18 U.S.C. § 472 [Possession/Passing of Counterfeit/Altered Currency];
Count 3:  18 U.S.C. § 473 [Dealing in Counterfeit/Altered Currency]

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**

SEE ATTACHMENT A

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
For each count, 20 yrs. imprisonment; 3 yrs. supervised release, $250,000 fine and $100 special assessment

**DEFENDANT - U.S.**

▶ DAMIEN WADE DENDY, (a/k/a "China," a/k/a "China Man"),

DISTRICT COURT NUMBER

CR07-00365 DLJ

FILED
JUN -7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
UNITED STATES SECRET SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  DEBORAH R. DOUGLAS, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

*ATTACHMENT "A"*
*TO PENALTY SHEET FOR DAMIEN WADE DENDY*

## *VIOLATIONS:*

Count 1: 18 U.S.C. § 371 [Conspiracy to Deal in Counterfeit/Altered Currency];
Count 2: 18 U.S.C. § 472 [Possession/Passing of Counterfeit/Altered Currency];
Count 3: 18 U.S.C. § 473 [Dealing in Counterfeit/Altered Currency]

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

E-filing

---

UNITED STATES OF AMERICA,

V.

SHERRIE DENISE SAMPSON and DAMIEN WADE DENDY,
(a/k/a "China," a/k/a "China Man"),

CR07-00365 DLJ

DEFENDANT.

---

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 371 [Conspiracy to Deal in Counterfeit/Altered Currency]; 18 U.S.C. § 472 [Possession/Passing of Counterfeit/Altered Currency]; 18 U.S.C. § 473 [Dealing in Counterfeit/Altered Currency]

---

A true bill.

_____
Foreman

Filed in open court this 7th day of June, 2007

_____
Clerk

Bail $ No bail, arrest warrants - both def

6-7-07

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

FILED
2007 JUN -7 PM 12: 39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHERRIE DENISE SAMPSON and DAMIEN WADE DENDY<br>(a/k/a "China," a/k/a "China Man"),<br><br>Defendants. | Criminal No. CR 07-0365 DLJ<br><br>VIOLATIONS: 18 U.S.C. § 371 [Conspiracy to Deal in Counterfeit/Altered Currency]; 18 U.S.C. § 472 [Possession/Passing of Counterfeit/Altered Currency];18 U.S.C. § 473 [Dealing in Counterfeit/Altered Currency]<br><br>OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE: 18 U.S.C. § 371 [Conspiracy to Deal in Counterfeit/Altered Currency]

1. Beginning at a time unknown, and continuing until at least October 27, 2004, in the Northern District of California, the defendants,

SHERRIE DENISE SAMPSON
and DAMIEN WADE DENDY,

did knowingly combine, conspire, and agree with each other, and with others known and unknown to the grand jury, to buy, sell, exchange, transfer, receive, and deliver false, forged, counterfeited, and altered obligations of the United States, specifically, United States Federal Reserve Notes in the

INDICTMENT

approximate face amount of at least $3,000.00, with the intent that the same be passed, published, and used as true and genuine.

## A. METHODS AND MEANS

2. In furtherance of the conspiracy, and to achieve its objectives, the defendants employed the following methods and means, among others, in the Northern District of California:

3. Beginning at a time unknown, and continuing until at least October 27, 2004, defendant Damien Wade Dendy ("Dendy") supplied defendant Sherrie Denise Sampson ("Sampson") with false, forged, counterfeited, and altered obligations of the United States, specifically, United States Federal Reserve Notes ("counterfeit/altered notes"), in exchange for genuine U.S. currency.

4. After Sampson notified Dendy of the amount of counterfeit/altered notes that she sought to purchase in exchange for genuine U.S. currency, Dendy obtained the counterfeit/altered notes. At a specified meeting location, Sampson gave Dendy the agreed upon genuine U.S. currency and Dendy, in turn, provided Sampson with the agreed upon counterfeit/altered notes.

5. Sampson would then pass, publish, and use the purchased counterfeit/altered notes as true and genuine U.S. currency.

## B. OVERT ACTS

6. In furtherance of the conspiracy and to achieve the objects thereof, the defendants performed the following overt acts, among others, in the Northern District of California:

7. Defendant Sherrie Denise Sampson telephonically contacted defendant Damien Wade Dendy, and vice versa, and they agreed to the amount of counterfeit/altered notes that Sampson would purchase from Dendy in exchange for genuine U.S. currency.

8. Defendant Damien Wade Dendy met defendant Sherrie Denise Sampson at specified locations within the Northern District of California to obtain the agreed upon genuine U.S. currency from Sampson.

9. Defendant Damien Wade Dendy met with defendant Sherrie Denise Sampson again at a specified time and location within the Northern District of California and provided Sampson with the counterfeit/altered notes.

INDICTMENT                                    2

1  10. Defendant Sherrie Denise Sampson then passed, published, and used the purchased counterfeit/altered notes as true and genuine U.S. currency, including on October 27, 2004 when she passed $2,500.00 and $400.00 of counterfeit/altered notes, respectively, to two different employees of America's Cash Express at two different locations within the Northern District of California.

All in violation of Title 18, United States Code, Sections 371 and 473.

COUNT TWO: 18 U.S.C. § 472 [Possession/Passing of Counterfeit/Altered Currency]

11. On or about October 27, 2004, in the Northern District of California, the defendant,

SHERRIE DENISE SAMPSON,

with intent to defraud, did knowingly possess and pass falsely made, forged, counterfeited, and altered obligations of the United States, specifically, United States Federal Reserve Notes in the approximate face amount of $2,500.00, in violation of Title 18, United States Code, Section 472.

COUNT THREE: 18 U.S.C. § 472 [Possession/Passing of Counterfeit/Altered Currency]

12. On or about October 27, 2004, in the Northern District of California, the defendant,

SHERRIE DENISE SAMPSON,

with intent to defraud, did knowingly possess and pass falsely made, forged, counterfeited, and altered obligations of the United States, specifically, United States Federal Reserve Notes in the approximate face amount of $400.00, in violation of Title 18, United States Code, Section 472.

COUNT FOUR: 18 U.S.C. § 473 [Dealing in Counterfeit/Altered Currency]

13. On or about October 27, 2004, in the Northern District of California, the defendant,

SHERRIE DENISE SAMPSON ,

did knowingly buy and receive false, forged, counterfeited, and altered obligations of the United States, specifically, United States Federal Reserve Notes in the approximate face amount of $3,000.00, with the intent that the same be passed, published, and used as true and genuine, in violation of Title 18, United States Code, Section 473.

INDICTMENT                             3

1 | COUNT FIVE: 18 U.S.C. § 473 [Dealing in Counterfeit/Altered Currency]

2 | 14. On or about February 13, 2006, in the Northern District of California, the defendant,

3 | DAMIEN WADE DENDY,

4 | did knowingly sell, exchange, transfer, and deliver false, forged, counterfeited, and altered obligations of the United States, specifically, United States Federal Reserve Notes in the approximate face amount of $1,800.00, with the intent that the same be passed, published, and used as true and genuine, in violation of Title 18, United States Code, Section 473.

DATED: June 7, 2007

A TRUE BILL.

FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____)
AUSA Deborah R. Douglas

INDICTMENT                                  4