LAW OFFICE OF SUSAN RAFFANTI
483 Ninth Street, Suite 200
Oakland CA 94606
510/ 451-2825

June 13, 2007

Hon. Wayne D. Brazil
U.S. District Court
1301 Clay Street
Oakland, CA 94612

Via Facsimile: 510/637-3327

Re.: <u>United States v. Damien Dendy</u>, CR 07-00365 DLJ

Dear Judge Brazil:

I made a special appearance for Mr. Dendy in your courtroom this morning. This letter is to inform you that I have been retained and will be appearing generally for Mr. Dendy at all future court appearances.

Very truly yours,

/S/

Susan Raffanti