UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>    Plaintiff(s),<br><br>    -V-<br><br>Damien Wade Dendy<br>    Defendant(s), | CASE NO. CR- 07-00365-DLJ<br><br>NOTICE |

TO:

 Deborah Douglas
 US Attorney's Office
 1301 Clay Street, Ste. 340S
 Oakland, CA 94612

 Susan Raffanti
 Law Offices of Susan Raffanti
 483 Ninth Street, Ste. 200
 Oakland, CA   94606

YOU ARE HEREBY NOTIFIED THAT a Setting/Status for Defendant Damien Wade Dendy has been set by Magistrate Judge Brazil for Friday, June 29, 2007 **before Judge D. Lowell Jensen**. The 6/29/07 date is an unavailable date for the Court. Therefore the 6/29/07 date before Judge Jensen is VACATED. A Setting/Status as to Defendant Dendy will be held on **Friday, June 22, 2007 at 9:00am before Judge Jensen** in Dept. 1., 4th Floor at 1301 Clay Street, Oakland, California.

Dated: June 14, 2007

By: *Frances Stone*
    Frances Stone
    Clerk to D. Lowell Jensen