```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                     Criminal Pretrial Minute Order
                         JUDGE D. LOWELL JENSEN
                          Date: JUNE 22, 2007
```

**Clerk:** Frances Stone
**Court Reporter:** Raynee Mercado

**Plaintiff:** United States

**v.**                                      **No.** CR-07-00365-DLJ

**Defendant:** DAMIEN WADE DENDY[Present][Not in Custody]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Susan Raffanti

**Interpreter:** none

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| Setting/Stat | Held |

**Notes:**

**Case Continued to:** 7/13/07 at 9:00AM   for   STATUS

**Case Continued to:**           for

**Case Continued to:**           for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                        for Pretrial Conference

**Case Continued to**           for                   Trial


**Excludable Delay: Category: Begins:** 6/22/07   **Ends:** 7/13/07