UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
**Date:** JULY 13, 2007

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

**v.**                                            **No.** CR-07-00365-DLJ

**Defendant:** Sherrie Denise Sampson [present, out of custody]
Damien Wade Dendy [present, out of custody]

**Appearances for AUSA:** Deborah Douglas (at 9am calling of case)
Kim Briggs   (at 10am calling of case)

**Appearances for Defendant:** Joyce Leavitt (for John Paul Reichmuth)

**Interpreter:**

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| Setting/stat | -Held at 9am |
| Case recalled at 10am for Def Sampson. | -Held at 10am |

**Notes:** Def Sampson did not appear at 9:00AM calling of case. Bench warrant as to Def Sampson non-appearance to be issued and HELD. Def Sampson appeared later and case was recalled at 10:00AM. Bench warrant for non-appearance WITHDRAWN.

**Case Continued to:** 8/17/07 at 9:00AM  for STATUS

**Case Continued to:**               for

**Case Continued to:**               for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                         for Pretrial Conference
**Case Continued to**            for                    Trial

**Excludable Delay: Category: Begins:** 7/13/07    **Ends:** 8/17/07