9:07 AM

E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
AUG 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 8/17/07

Case No: CR-07-00365-DLJ      Judge: D. Lowell Jensen

Reporter: RAYNEE MELAND      Clerk: Frances Stone

Defendant(s):      Defense Counsel:

DAMIEN WADE DENDY   Present? Y   In Custody? N   SUSAN RAFFANTI

US Attorney: DEBORAH DOUGLAS      Interpreter:      US Probation Officer:

Reason for Hearing:      Ruling:

CHANGE OF PLEA — HELD
GUILTY PLEA TO COUNT 5 OF THE INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED AND
ENTERED.

Notes: GOV MOTION TO DISMISS REMAINING COUNT 1 DEFERRED TO SENTENCING DATE

Case continued to: 12/7/07 AT 10:00 AM for SENTENCING

Case continued to: _____ for _____

Case continued to: _____ for _____; Opposition due
   Motions to be filed by

Case continued to: _____ for Pretrial Conference

Case continued to: _____ for Trial

Excludable Delay   Category   Begins   Ends

cc: PROBATION