E-filing case

**FILED**

AUG 1 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Case Number | CR-07-00365-02-DLJ |
| Defendant's Name | DAMIEN WADE DENDY |
| Defendant's Counsel | Susan Raffanti |
| Due Date | 12/7/07 AT 10AM |
| | 1 Courtroom    Floor 4th |

### NOTICE TO DEFENSE COUNSEL

**The Court has directed that a:**

    XX    Presentence Investigation
          Bail Investigation
          Bail Supervision
          Postsentence Investigation
          4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel
✓ cc to Probation

RICHARD W. WIEKING, CLERK

by: _____
Frances Stone , Deputy Clerk

Dated:   8/17/07

### US PROBATION OFFICE

Is defendant in custody?   Yes or No
Is defendant English speaking?  Yes or No [Interpreter: _____]
Defendant's address: _____