```
SUSAN RAFFANTI, ESQ.
State Bar No. 120993
483 Ninth Street, Suite 200
Oakland, CA 94607
(510) 451-2825

Attorney for Defendant
DAMIEN WADE DENDY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>DAMIEN WADE DENDY )<br>  )<br>Defendant. ) | No. CR 07-00365 DLJ<br><br>**STIPULATED ORDER**<br>**CONTINUING SENTENCING** |

Defendant DAMIEN DENDY, by and through his attorney Susan Raffanti, and plaintiff UNITED STATES OF AMERICA, by and through its attorney Deborah Douglas, hereby stipulate to continue the sentencing date of DAMIEN DENDY from its current date of December 7, 2007 to **January 18, 2008 at 10:00 a.m.** The need for this continuance is based on travel plans of defense counsel and the fact that the Final Presentence Report has not yet been provided to the parties.

So stipulated:                     /s/ Susan Raffanti
                                   SUSAN RAFFANTI
Date: 11/27/07                     Attorney for Defendant
                                   DAMIEN WADE DENDY

So stipultated:                    /s/ Deborah Douglas
                                   Deborah Douglas
Date: 11/27/07                     Assistant U.S. Attorney


U.S. v. Damien Dendy; CR 07-00365 DLJ
Stipulated Order Continuing Sentencing

1

ORDER

GOOD CAUSE APPEARING, and based on the stipulation of the parties, the sentencing date for DAMIEN DENDY is hereby continued to **January 18, 2008 at 10:00 a.m.** All conditions of Mr. Dendy's pretrial release remain in effect.

SO ORDERED

Date: November 27, 2007

_____
D. LOWELL JENSEN
U.S. District Court

ATTORNEY ATTESTATION

I, Susan Raffanti, hereby attest that I have on file a holographic signature for any signature indicated by a conformed signature (/s/) within this efiled document.

Date:                                   /s/ Susan Raffanti
                                        Susan Raffanti

U.S. v. Damien Dendy; CR 07-00365 DLJ
Stipulated Order Continuing Sentencing