December 7, 2007

Judge Lowell Jensen
U.S. District Court
1301 Clay Street,
Oakland, California 94612

Dear Judge Jensen:

First, I must say I am embarrassed and ashamed that I let myself
stoop to levels of dishonesty, and fraudulent activity.   Since
adolescence, my parents have steadfastly conveyed that nothing
is better, or more rewarding, than hard work to get ahead in
life.   To that end, they have led by example, and have
throughout my life reiterated this principle.   In trying to be
independent and on my own, I let myself be swayed, knowing I was
doing the wrong thing and could be caught, by doing the unlawful
act which brings me before you.   Reflecting back, I now know, I
was an adult adolescent.   It's been extremely difficult trying
to forgive myself, because I can't escape my conscience.   I can
proudly say however, I've righted my life and truly feel, the
Damien Dendy that committed that unlawful act, is gone forever.

I'm now working full time, in a shipping and receiving capacity
for a sprinkler installation firm, and am in position whereby
it's highly likely I may become a Sprinkler Fitter Apprentice.
Equally important, I'm trying to be a positive role model and
father for my seven (7) year old daughter Chyna.

I can assure you, I will not allow myself to drift into activity
that is counter productive; particularly that which violates the
law.

I sincerely hope, some form of leniency can be given me in your
administration of the law.


Sincerely:

Damien W. Dendy