the clerk at Money Mart recognized the notes as counterfeit and kept them. Sampson had to use $400.00 in genuine currency to complete the transaction. Sampson then stated that she tore up and threw away the remaining one (1) $100.00 CFT FRN, which she had from the initial $3,000.00, because of its poor quality. Sampson then provided SA Kefer and I with copies of her Western Union transaction and Money Mart receipt.

Sampson then provided a sworn and signed written statement and copies of her Western Union transaction and Money Mart receipt.

On 01/05/05, I faxed a subpoena request for subscriber information, relating to AT&T cellular telephone number 510/395-6156 (the number Sampson stated was the number for "China") to AUSA Lew Davis, Northern District of California (Oakland).

On 01/11/05, I picked-up the above referenced subpoena from the U.S. Attorney's Office (Oakland) and served it, via fax ███████ to AT&T Subpoena Management Department, P.O. Box 399 Department 10, Piscataway, NJ 08855. On this same date, the Return of Service for the subpoena was faxed to Lead Legal Assistant Cynthia Daniel, U.S. Attorney's Office (Oakland).

On 01/12/05, I telephonically contacted the AT&T Subpoena Management Department (800/732-5689) to confirm receipt of the subpoena faxed on 01/11/05. I was informed that their office had received the subpoena and provided with AT&T file ███████████ for this subpoena.

On 01/27/05, I received a fax from Michele Biedrzycki, Subpoena Associate, AT&T Subpoena Management Center, stating that "AT&T is not the custodian of records for phone number 510/395-6156. Please direct your inquiry to Metro PCS."

On 02/01/05, I faxed a subpoena request for subscriber information on telephone # 510/395-6156, to AUSA Debra Douglas, Northern District of California (Oakland).

On 02/03/05, I picked-up the above referenced subpoena from the U.S. Attorney's Office (Oakland) and served it, via fax ███████ to Metro PCS, Law Enforcement Subpoena Department, P.O. Box 601119, Dallas, TX 75360.

On this same date, the Return of Service for the subpoena was faxed to Lead Legal Assistant Cynthia Daniel, U.S. Attorney's Office (Oakland).

On 02/22/05, I received the above requested subpoena materials from Jason Wheelington, Metro PCS Subpoena Management, ███████████ via mail. The records received by Metro PCS were limited only to the past six (6) months (6/31/04-12/31/04) as Metro PCS purges their records after six (6) months. Review of the subscriber information for cellular telephone number 510/395-6156 listed the owner as Lt. Major Success, 1733 92nd Avenue, Apt. 1, Oakland, CA 94603, DOB: 12/31/73, with a last payment of $106.68 on 02/08/05.

A review of the call detail log provided by Metro PCS showed that Sampson had contacted or been contacted by telephone number 510/395-6156 on her old Nextel cellular phone (510/377-0080) one-hundred twenty-six (126) times from 10/20/04 to 11/15/04. The call detail log also showed that Sampson had contacted or been contacted by telephone number 510/395-6156 on her current Sprint cellular phone (510/593-0775) twenty-three (23) times from 12/07/04 to 12/31/04. The call detail log showed that Sampson had contacted telephone number 510/395-6156 from her home telephone number (209/392-289) once on 12/31/04. <u>It should be noted that the above listed telephone calls are inconsistent with the statement provided by Sampson to SA Kefer and me on 12/20/04. At that time, Sampson stated that she had not directly called China, but had only been contacted by China and that she had only been contacted by China via telephone on two (2) occasions.</u>

On 02/22/05, in response to a telephonic request earlier this same date, I received an ISD report for further information into the name and address listed above (Lt. Major Success, 1733 92nd Ave., Oakland, CA 94603) for the subscriber to Metro PCS cellular telephone number ███████ from CRS Jaclyn Carlon, ███████ The ISD report stated that the name Lt. Major Success did not show up as a result to any inquiries but that several possible current matches to the address provided were found. The two (2) possible matches were Antonio Lavone Watkins, Jr. and Joseph Roy Mayfield.

On 02/22/05, CLETS inquiries into Watkins, Jr. and Mayfield revealed that Watkins, Jr. had

Exhibit A     5