On 04/21/05, SA Joe Kefer and I met Sampson at the Cattleman's Restaurant in Livermore, CA, to conduct the interview and photo line-ups. I conducted the photo line-ups using two (2) SSF 3114 and the CADL photos received from CA DMV (Watkins, Jr. and Mayfield's pictures were each placed into window #1 of their respective photo line-up sheets) and read the admonition in guideline #6 on the reverse of the SSF 3114's to Sampson. After viewing each SSF 3114 independently, Sampson was unable to recognize any individual in the photo line-ups as the person who sold her the counterfeit currency and is known to her as "China."

Sampson was then read her Miranda Rights per SSF 1737B. Sampson stated that she understood her rights and wished to waive those rights and talk to SA Kefer and I. She then signed the SSF 1737B. I questioned Sampson about the identity of "China" and the inconsistencies of her previous statements, regarding her telephone contacts with "China" in relation to what the subpoenaed call detail log of China's cellular telephone (510/395-6156) listed. Sampson refused to change her original statements and continued to state that she knew the individual only by the nickname "China." Sampson continued to state that her cellular telephone number was provided to "China" by "Bear" and that she had contacted "China" only twice regarding counterfeit, but multiple times regarding the purchase/sale of marijuana for her friends and relatives. After numerous inconsistencies with Sampson's statements the interview was terminated.

At the conclusion of the interview, Livermore Police Officers Jeff Seymour and Roger Johnson arrived, arrested Sampson on the above referenced outstanding warrant, and transported her to Santa Rita Jail, 5325 Broder Blvd., Dublin, CA 94568 (925/551-6773).

On 04/25/05, a memorandum requesting the return of the counterfeit in this case (25 CFT FRN's assigned the following Rapid Print Numbers: 408 5 03731-408 5 03741, 408 5 03762, 408 5 03772-408 5 03780, 408 5 03786- 408 5 03787, 408 5 03798-408 5 03799) to be used as evidence, was sent to Forensic Services Division (FSD) via Fed Ex 8425 4481 9170.

JUDICIAL ACTION:

Sherrie Sampson was arrested by the Livermore Police Department on a failure to appear warrant for two (2) counts of fraud to obtain state aid. She will be prosecuted by the Alameda County District Attorney's Office for the violations noted above.

This case will be presented to the U.S. Attorney's Office, Northern District of California (Oakland) for federal prosecution.

SUSPECTS / DEFENDANTS:

SAMPSON, Sherrie Denise - SUSPECT
- AKA: Frazier, Sherrie; Douglas, Sherrie
- RACE: Black
- SEX: Female
- DOB: 08/29/66
- SSN: [redacted]
- FBI: 356148HA5
- SID: A08540272/CA
- HT: 5' 05"
- WT: 180 lbs.
- EYES: Brown
- HAIR: Black/Red
- 1599: Yes
- 1599A: No
- PHOTO: Yes
- PRINTS: No
- POB: Monroe, LA
- DL/STATE: C3316511/CA
- ADDRESS: [redacted]
- DATABASE CHECKS: 12/04/04
- OTHER: N/A

EXAMS CONDUCTED:

Exhibit B

7

00007