10Am
E-FILING CASE

10⁰⁶Am - 10²³Am



FILED
JAN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

Date: 1/18/08

Case No: CR-07-00365-DLJ         Judge: D. Lowell Jensen
Reporter: RAYNEE MERCADO         Clerk: Frances Stone

Defendant(s):                                   Defense Counsel:
DAMIEN WADE DENDY    Present? Y  In Custody? NO   SUSAN RAFFANTI

US Attorney: DEBORAH DOUGLAS     Interpreter:    US Probation Officer: CONNIE COOK

Reason for Hearing: SENTENCING    Ruling: - HELD

Notes: COUNT 5 - DEF IS PLACED ON 5 YEARS PROBATION. DEF ALSO PLACED ON HOME CONFINEMENT WITH ELECTRONIC MONITORING FOR 3 MONTHS. A $100 ASSESSMENT IS DUE IMMEDIATELY. COURT ORDERS A FINE IN THE AMOUNT OF $3,000. FINE TO BE PAID AT THE RATE OF $50 PER MONTH AS DIRECTED BY PROBATION OFFICER. GOV MOTION TO DISMISS REMAINING CT.1 IS GRANTED.