JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail Address: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR07-00365 DLJ |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL UNITED STATES' RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM |
| DAMIEN WADE DENDY, | ) | |
| Defendant. | ) | |

At defendant's sentencing proceeding on January 18, 2008, this Court granted the government's request to seal its response to defendant's sentencing memorandum for the reasons set forth in the courtroom. The United States' response was filed on January 15, 2008 (docket sheet no. 35).

JOSEPH P. RUSSONIELLO
United States Attorney

1/22/08
Dated

_/s/ Deborah R. Douglas_
DEBORAH R. DOUGLAS
Assistant United States Attorney

## ORDER

For the reasons set forth by the government in the courtroom on January 18, 2008, this Court grants the government's request to seal the United States' Response to Defendant's Sentencing Memorandum (docket sheet no. 35).

IT IS SO ORDERED.

_____
Dated

_____
HONORABLE D. LOWELL JENSEN
United States District Court Judge