1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680

7 | Facsimile: (510) 637-3724
E-Mail Address: deborah.r.douglas@usdoj.gov

8

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR07-00365 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER TO SEAL UNITED STATES' |
| v. | ) | RESPONSE TO DEFENDANT'S |
| | ) | SENTENCING MEMORANDUM |
| DAMIEN WADE DENDY, | ) | |
| Defendant. | ) | |

At defendant's sentencing proceeding on January 18, 2008, this Court granted the government's request to seal its response to defendant's sentencing memorandum for the reasons set forth in the courtroom. The United States' response was filed on January 15, 2008 (docket no. 35).

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

1/22/08                                   _____/s/_____
Dated                                      DEBORAH R. DOUGLAS
                                              Assistant United States Attorney

<u>ORDER</u>

    For the reasons set forth by the government in the courtroom on January 18, 2008, this Court grants the government's request to seal the United States' Response to Defendant's Sentencing Memorandum (docket no. 35).

IT IS SO ORDERED.

__January 23, 2008
Dated                           HONORABLE D. LOWELL JENSEN
                                United States District Court Judge