# UNITED STATES DISTRICT COURT

**FILED**

for

## NORTHERN DISTRICT OF CALIFORNIA

FEB 1 9 2008

Oakland Venue

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

---

| | | |
|---|---|---|
| Name of Offender: | Damien Wade Dendy | Docket No.: CR 07-00365-02 DLJ |

Name of Sentencing Judge: D. Lowell Jensen
Senior United States District Judge

Date of Original Sentence: January 18, 2008

Original Offense:
Count 1: Dealing in Counterfeit/Altered Currency, 18 U.S.C. § 473, a Class C felony

Original Sentence: Five years probation
Special Conditions: home confinement with electronic monitoring three months; special assessment $100.00; fine $3000.00; access to financial information; no new lines of credit or debt; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection

Type of Supervision: Probation                Date Supervision Commenced: January 18, 2008
Assistant U.S. Attorney: Deborah R. Douglas          Defense Counsel: Susan Raffanti (Retained)

---

### Petitioning the Court

To modify the conditions of supervision as follows:

The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer. The defendant is to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.

Damien Wade Dendy
CR 07-00365-02 DLJ

## Cause

On January 18, 2008, immediately following sentencing, the offender submitted a urinalysis specimen which tested positive for Marijuana. (Specimen Number C01053620) .

Although it is likely that the drug use took place prior to sentencing, the positive drug test would indicate that the offender has used illegal drugs in the recent past. When confronted regarding his drug use, Mr. Dendy was forthcoming and he expressed a desire to participate in drug treatment and testing. It is my recommendation that the Court modify the offender's special conditions to include a condition requiring drug treatment and testing which will allow him to begin addressing his drug use issues. Mr. Dendy is currently on the Home Confinement Program which will limit his movement in the community and allow him to focus on overcoming his drug use issues. He is aware that further positive drug tests may result in revocation proceedings.

The Assistant U.S. Attorney, Deborah R. Douglas, and Defense Counsel, Susan Raffanti, have been notified and there are no objections.

Address of offender:    1368 Carlton Avenue
Menlo Park, CA 94025

Respectfully submitted,                            Reviewed by:

Noel Belton                                        Robert Ramirez
U.S. Probation Officer Specialist                  Supervisory U.S. Probation Officer

Date Signed: February 13, 2008

---

THE COURT ORDERS:

☑ To modify the conditions of supervision as follows:
The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer. The defendant is to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.

☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

Feb 19, 2008

Date

D. Lowell Jensen
Senior United States District Judge

NDC-SUPV-FORM 12B(1) 03/23/05

NDC-PROB 49 02/01/05

# UNITED STATES DISTRICT COURT
for
### NORTHERN DISTRICT OF CALIFORNIA

Defendant Name:  Damien W. Dendy

Docket No.:  CR 07-00365-2 DLJ

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer. The defendant is to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.

☐ *continued on next page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at San Jose.

Signed: _____  Date: 2-13-08
      Probationer or Supervised Releasee

Witness: _____  Date: 2-13-08
      Noel Belton
      U.S. Probation Officer Specialist